1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER (SBN 218942)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:     (650) 364-8200
4  Facsimile:     (650) 780-1701
   Email:         pcogan@rmkb.com; stucker@rmkb.com
5  Attorneys for LIBERTY LIFE ASSURANCE COMPANY
   OF BOSTON
6
   DAVID ALLEN, ESQ. (SBN 87193)
7  DAVID ALLEN & ASSOCIATES
   5230 Folsom Blvd.
8  Sacramento, CA 95819
   Telephone:  (916) 455-4800
9  Facsimile:  (916) 451-5687
   Attorneys for Plaintiff,
10 LENETTE MAHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LENETTE MAHAN,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 to 100,<br><br>        Defendant. | Case No. 2:11-CV-13-0503-JAM-JFM<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
|---|---|

It is hereby stipulated by and between the plaintiff LENETTER MAHAN and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own fees and costs.

IT IS SO STIPULATED.

//

//

Dated: October 30, 2014

DAVID ALLEN & ASSOCIATES

By: */s/ David Allen*
    DAVID ALLEN
    Attorneys for Plaintiff, LENETTE MAHAN

Dated: October 30, 2014

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Stacy M. Tucker*
    PAMELA E. COGAN
    STACY TUCKER
    Attorneys for Defendant, LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs**.**

Dated: October 30, 2014

/s/ John A. Mendez
U. S. District Court Judge